450 A.2d 1047

Spinosa v. Spinosa, Appellant.

Argued January 19, 1982. Sandor Engel, for appellant; Paul A. McGinley, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.

450 A.2d 1047

Stantzos, Appellant v. Jerdan.

Argued March 23, 1982. Joseph R. Adamczyk, for appellant; George F. Douglas, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.